## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT FOR ARREST WARRANT

I, Wayne F. Eggleston, being duly sworn, depose and state the following:

### I. INTRODUCTION

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), United States Department of Justice. I have been employed by the FBI since March of 2018. I am currently assigned to the Akron Resident Agency of the Cleveland Field Division.

2. As a Special Agent with the FBI, I investigate criminal matters related to White Collar Crime, Public Corruption, Violent Gangs, and Crimes against Children, including activities in violation of Federal Wire Fraud, Mail Fraud, and Bank Fraud statutes. I have completed FBI training in the proper handling of classified information, and have been involved in the execution of search warrants and seizing evidence from residences and other locations.

### II. PURPOSE

3. This affidavit is being made in support of a criminal complaint charging Darrion Lamar Powers, DOB 9/30/1996, with bank robbery in violation of Title 18, United States Code Sections 2113(a) and (d). Affiant knows the following information based on investigation conducted by the Affiant, other FBI Agents, and The Akron Police Department.

### III. PROBABLE CAUSE

4. On 02/12/2019, at approximately 2:30 p.m., a black male entered the PNC bank, located at 181 Massillon Road, Akron, Ohio, 44312. The subject brandished a knife, and carried a black and grey shoulder strap back pack. The subject vaulted the teller counter at window five. The subject demanded money from the teller working window four. The teller complied with the demands of the subject and opened the money drawer. The subject emptied the contents into the black and grey shoulder strap back pack. The money drawer included the bait list of $50 dollar bills, and mutilated cash which consisted of $100 dollar bills. The mutilated bills were combined together by a paper strap, which included the teller's initials written in signature form. The teller also

described a "waxy" $100.00 bill amongst the group of $100.00 mutilated bills. The subject moved to both window six and window five demanding money from both tellers. Both tellers complied with the subject's demands, and emptied the contents of both drawers into the black and grey shoulder strap back pack. The subject then demanded a teller show him where the side door was located. The teller complied with the demand, showed the subject where the door was located, and the subject exited the PNC Bank. The subject was seen fleeing on foot and entering a black Chevrolet Malibu.

5. Based on statements obtained from the employees, witnesses, and bank security footage, the subject was described as a black male, between 5'7" and 5'10", between 150 and 170 pounds. He was wearing a black hoodie, dark pants, ski mask, white gloves, and black shoes with white soles.

6. Based on prior investigation, Powers had been the suspect in recent robberies fitting the same description, and using the same vehicle to flee. Powers had been identified as owning a black Chevrolet Malibu. Once the call came from PNC Bank to Akron Police Department that the subject fled on foot and entered a black Chevrolet Malibu, Akron Police Department stationed a cruiser at Powers' home of residence 567 Sherman Street, Akron, Ohio, 44311, in anticipation of Powers returning there after the robbery.

7. Once Powers returned to his home of residence, uniformed police detained Powers. Sergeant Tony Starvaggi of the Akron Police Department responded to Powers' home of residence. Powers did not give consent to Sergeant Starvaggi to search Powers' vehicle. Sergeant Starvaggi could see in plain view that located inside Powers' black Chevrolet Malibu was the black and grey shoulder strap back pack, and a shoe fitting the description of the subject.

8. Akron Police Department towed the black Chevrolet Malibu and obtained a search warrant for the vehicle. Items found in the vehicle included 7 out of the 9 Bait list $50.00 bills. These $50.00 bait list bills were identified by their serial numbers, and those serial numbers were confirmed by using the Bait Money Register sheets provided by the PNC Bank. The mutilated cash of $100.00 bills were found, and included the paper strap with the teller's initials in signature form. Within

the mutilated cash of $100.00 bills, was a waxy $100.00 bill described by the teller at PNC Bank. Also found was the same amount of money believed to have been taken from the PNC Bank, the same clothes used by the subject in the robbery, a knife, and notes believed to be made by the tellers.

9. On February 12, 2019, the PNC bank located at 181 Massillon Road, Akron, Ohio, was a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation.

10. Based on the foregoing, Affiant respectfully submits that there is probable cause to establish that on 02/12/2019, Darrion Lamar Powers committed a bank robbery at the PNC Bank located at 181 Massillon Road, Akron, Ohio, 44312, in the Northern District of Ohio, Eastern Division, in violation of Title 18, United States Code Sections 2113(a) and (d).

SA WAYNE F. EGGLESTON
FEDERAL BUREAU OF
INVESTIGATION

Sworn and subscribed before me this 18th day of March, 2019.

KATHLEEN B. BURKE
UNITED STATES MAGISTRATE JUDGE