FILED

2019 APR -9 PM 2:55

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:19 CR 237 |
| DARRION L. POWERS, | ) Title 18, United States Code, |
| | ) Sections 1951(a) and 2113(a) |
| Defendant. | ) JUDGE LIOI |

GENERAL ALLEGATIONS

1. At all times material to this Indictment: Ms. Julye's Kitchen, located at 1809 South Arlington Street, Akron, Ohio; Marco's Pizza, located at 430 Portage Trail, Cuyahoga Falls, Ohio; Rocco's Pizza, located at 1053 Portage Trail, Cuyahoga Falls, Ohio; Mark and Philly's Pizza, located at 3156 Bailey Road, Cuyahoga Falls, Ohio; Italo's Pizza, located at 1910 Brown Street, Akron, Ohio; and Two Monks Brewing Company, located at 352 Massillon Road, Akron, Ohio, were engaged in the retail sale of articles and commodities that had moved in interstate commerce, to include food items and other general merchandise.

COUNT 1
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury charges:

2. The General Allegations in paragraph 1 are incorporated by reference as if fully set forth herein.

3. On or about December 4, 2018, in the Northern District of Ohio, Eastern Division, Defendant DARRION L. POWERS, did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the

movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that POWERS did unlawfully take and obtain monies in the custody, possession, and presence of Ms. Julye's Kitchen, located at 1809 South Main Street, Akron, Ohio, against employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, and further displayed and brandishing a knife in the presence of said employees, in violation of Title 18, United States Code, Section 1951(a).

COUNT 2
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

4. The General Allegations in paragraph 1 are incorporated by reference as if fully set forth herein.

5. On or about December 24, 2018, in the Northern District of Ohio, Eastern Division, Defendant DARRION L. POWERS, did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that POWERS did unlawfully take and obtain monies in the custody, possession, and presence of Marco's Pizza, located at 430 Portage Trail, Cuyahoga Falls, Ohio, against employees' will, by means of actual and threatened force, violence, and fear of immediate injury said employees, and further displayed and brandished a knife, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 3
(Bank Robbery, 18 U.S.C. § 2113(a))

The Grand Jury further charges:

6. On or about January 4, 2019, in the Northern District of Ohio, Eastern Division, Defendant DARRION L. POWERS, by force, violence, and intimidation, did take from the person and in the presence of another United States currency belonging to and in the care, custody, control, management, and possession of Huntington Bank, located at 1411 South Arlington Road, Akron, Ohio, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## COUNT 4
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

7. General Allegations in paragraph 1 are incorporated by reference as if fully set forth herein.

8. On or about January 29, 2019, in the Northern District of Ohio, Eastern Division, Defendant DARRION L. POWERS, did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that POWERS did unlawfully take and obtain monies in the custody, possession, and presence of Rocco's Pizza, located at 1053 Portage Trail, Cuyahoga Falls, Ohio, against employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, and further displayed and brandished a knife, in violation of Title 18, United States Code, Section 1951(a).

COUNT 5
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

9. General Allegations in paragraph 1 are incorporated by reference as if fully set forth herein.

10. On or about February 1, 2019, in the Northern District of Ohio, Eastern Division, Defendant DARRION L. POWERS, did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that POWERS did unlawfully take and obtain monies in the custody, possession, and presence of Mark and Philly's Pizza, located at 3156 Bailey Road, Cuyahoga Falls, Ohio, against employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, and further displayed and brandished a knife, in violation of Title 18, United States Code, Section 1951(a).

COUNT 6
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

11. General Allegations in paragraph 1 are incorporated by reference as if fully set forth herein.

12. On or about February 1, 2019, in the Northern District of Ohio, Eastern Division, Defendant DARRION L. POWERS, did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that POWERS did unlawfully take and obtain monies in the

custody, possession, and presence of Italo's Pizza, located at 1910 Brown Street, Akron, Ohio, against employees' will by means of actual and threatened force, violence, and fear of immediate injury to employees, and further displayed and brandished a knife in the presence of said employees, in violation of Title 18, United States Code, Section 1951(a).

COUNT 7
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

13. General Allegations in paragraph 1 are incorporated by reference as if fully set forth herein.

14. On or about February 1, 2019, in the Northern District of Ohio, Eastern Division, Defendant DARRION L. POWERS, did unlawfully attempt to obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that POWERS did unlawfully attempt to take and obtain monies in the custody, possession, and presence of Two Monks Brewing Company, located at 352 Massillon Road, Akron, Ohio, against employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, and further displayed and brandished a knife in the presence of said employees, in violation of Title 18, United States Code, Section 1951(a).

COUNT 8
(Bank Robbery, 18 U.S.C. § 2113(a))

The Grand Jury further charges:

15. On or about February 12, 2019, in the Northern District of Ohio, Eastern Division, Defendant DARRION L. POWERS, by force, violence, and intimidation, did take from

the person and in the presence of another United States currency belonging to and in the care, custody, control, management, and possession of PNC Bank, located at 181 Massillon Road, Akron, Ohio, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL.

Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.